UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20194-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**STEFAN LEE NAGY**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon the Notice of Change of Plea Hearing [ECF No. 33]. Accordingly, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion to Suppress Physical Evidence and Statements [ECF No. 25] is **DENIED** as moot, and the hearing scheduled for October 7, 2024 is cancelled.

**DONE AND ORDERED** in Miami, Florida, this 30th day of September, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record